UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>      Defendant. | Civil Action No. 24-2773 (TNM) |

## JOINT STATUS REPORT

Plaintiff White Coat Waste Project and Defendant Department of Health and Human Services ("Department"), by and through the undersigned counsel, respectfully submit this joint status report pursuant to the Court's January 8, 2025 Minute Order.

1.  This case involves seventeen Freedom of Information Act ("FOIA") requests, which Plaintiff submitted to (1) the Department's Office of Inspector General ("OIG") (one request); (2) Centers for Disease Control ("CDC") (one request); and National Institutes of Health ("NIH") (fifteen requests).

2.  No. 22-00121-FOIA. CDC completed its processing of the request and referred 13 pages of potentially responsive records to NIH for response to Plaintiff. NIH has not completed its processing of the 13 pages. As of July 2, 2025, the position of the request in NIH's review queue moved from 240 to 224.

3.  No. 2024-00311-FOIA-OS. OIG completed its processing of the request and released all responsive records (18 pages) in full.

4. No. 61006. NIH completed its search for responsive records and identified 612 pages of potentially responsive records. As of July 2, 2025, the position of the request in NIH's review queue moved from 569 to 538.

5. No. 61147. NIH completed its search for responsive records and identified 71 pages of potentially responsive records. As of July 2, 2025, the position of the request in NIH's review queue moved from 588 to 557.

6. No. 61240. NIH completed its search for responsive records and identified 203 pages of potentially responsive records. As of July 2, 2025, the position of the request in NIH's review queue moved from 597 to 565.

7. No. 61272. NIH completed its search for responsive records and identified 201 pages of potentially responsive records. The position of the request in NIH's review queue as of July 2, 2025, moved from 602 to 570.

8. No. 61335. NIH completed its search for responsive records and identified 191 pages of potentially responsive records. The position of the request in NIH's review queue as of July 2, 2025, moved from 612 to 580.

9. No. 61418. NIH commenced its search for responsive records. As of July 2, 2025, the position of the request in NIH's review queue moved from 628 to 595.

10. No. 61529. On September 30, 2024, NIH completed its processing of the request and released all responsive records in full.

11. No. 61530. NIH completed its search for responsive records and identified 233 pages of potentially responsive records. As of July 2, 2025, the position of the request in NIH's review queue moved from 644 to 609.

12. No. 61531. NIH did not identify any records responsive to this request. The request is a duplicate of request No. 60421, which is subject in *White Coat Waste Project v. Department of Health and Human Services*, Civ. A. No. 24-0103 (JEB) (D.D.C.).

13. No. 61546. NIH completed its search for responsive records and identified 376 pages of potentially responsive records. As of July 2, 2025, the position of the request in NIH's review queue moved from 646 to 611.

14. No. 61612. On September 30, 2024, NIH completed its processing of the request and released all responsive records in full.

15. No. 61614. NIH completed its search for responsive records and identified 225 pages of potentially responsive records. As of July 2, 2025, the position of the request in NIH's review queue moved from 656 to 620.

16. No. 61677. NIH has not started processing the request. As of July 2, 2025, the position of the request in NIH's review queue moved from 672 to 632.

17. No. 61838. On November 7, 2024, NIH completed its processing of the request and released 248 pages (173 in full, 75 in part).

18. No. 61942. NIH completed its search for responsive records and identified 3454 pages of potentially responsive records. NIH has completed its search for responsive records and identified 3454 pages of potentially responsive records. As of July 2, 2025, the position of the request in NIH's review queue moved from 712 to 670.

19. Once the requests have moved further up in NIH's queue, NIH will provide Plaintiff an anticipated date for the first release. Once NIH begins processing, NIH plans to process an average of 300 potentially responsive pages every month.

20. Pursuant to the Court's January 8, 2025, Minute Order, the parties will submit the next status report on Monday, October 6, 2025.

| | |
|---|---|
| Dated: July 7, 2025 | Respectfully submitted, |
| /s/ Matthew Strugar<br>Matthew Strugar (D.C. Bar No. 1010198)<br>Law Office of Matthew Strugar<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>323-696-2299<br>matthew@matthewstrugar.com<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>/s/ Brian J. Levy<br>BRIAN J. LEVY<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-6734<br><br>*Counsel for United States of America* |