UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>      Defendant. | Civil Action No. 24-2773 (TNM) |

## JOINT STATUS REPORT

Plaintiff White Coat Waste Project and Defendant Department of Health and Human Services ("Department"), by and through the undersigned counsel, respectfully submit this joint status report pursuant to the Court's January 8, 2025, Minute Order.

1. This case involves seventeen Freedom of Information Act ("FOIA") requests, which Plaintiff submitted to (1) the Department's Office of Inspector General ("OIG") (one request); (2) Centers for Disease Control ("CDC") (one request); and National Institutes of Health ("NIH") (fifteen requests).

2. No. 22-00121-FOIA. CDC completed its processing of the request and referred 13 pages of potentially responsive records to NIH for response to Plaintiff. NIH has not completed its processing of the 13 pages. As of November 26, 2025, the position of the request in NIH's review queue moved from 240 to 180.

3. No. 2024-00311-FOIA-OS. OIG completed its processing of the request and released all responsive records (18 pages) in full.

4. No. 61006. NIH completed its search for responsive records and identified 612 pages of potentially responsive records. As of November 26, 2025, the position of the request in NIH's review queue moved from 569 to 446.

5. No. 61147. NIH completed its search for responsive records and identified 71 pages of potentially responsive records. As of November 26, 2025, the position of the request in NIH's review queue moved from 588 to 463.

6. No. 61240. NIH completed its search for responsive records and identified 203 pages of potentially responsive records. As of November 26, 2025, the position of the request in NIH's review queue moved from 597 to 471.

7. No. 61272. NIH completed its search for responsive records and identified 201 pages of potentially responsive records. The position of the request in NIH's review queue as of November 26, 2025, moved from 602 to 474.

8. No. 61335. NIH completed its search for responsive records and identified 191 pages of potentially responsive records. The position of the request in NIH's review queue as of November 26, 2025, moved from 612 to 480.

9. No. 61418. NIH commenced its search for responsive records. As of November 26, 2025, the position of the request in NIH's review queue moved from 628 to 493.

10. No. 61529. On September 30, 2024, NIH completed its processing of the request and released all responsive records in full.

11. No. 61530. NIH completed its search for responsive records and identified 233 pages of potentially responsive records. As of November 26, 2025, the position of the request in NIH's review queue moved from 644 to 506.

12. No. 61531. NIH did not identify any records responsive to this request. The request is a duplicate of request No. 60421, which is subject in *White Coat Waste Project v. Department of Health and Human Services*, Civ. A. No. 24-0103 (JEB) (D.D.C.).

13. No. 61546. NIH completed its search for responsive records and identified 376 pages of potentially responsive records. As of November 26, 2025, the position of the request in NIH's review queue moved from 646 to 508.

14. No. 61612. On September 30, 2024, NIH completed its processing of the request and released all responsive records in full.

15. No. 61614. NIH completed its search for responsive records and identified 225 pages of potentially responsive records. As of November 26, 2025, the position of the request in NIH's review queue moved from 656 to 517.

16. No. 61677. NIH has not started processing the request. As of November 26, 2025, the position of the request in NIH's review queue moved from 672 to 529.

17. No. 61838. On November 7, 2024, NIH completed its processing of the request and released 248 pages (173 in full, 75 in part).

18. No. 61942. NIH completed its search for responsive records and identified 3454 pages of potentially responsive records. As of November 26, 2025, the position of the request in NIH's review queue moved from 712 to 564.

19. Once the requests have moved further up in NIH's queue, NIH will provide Plaintiff an anticipated date for the first release. Once NIH begins processing, NIH plans to process an average of 300 potentially responsive pages every month.

20. Pursuant to the Court's January 8, 2025, Minute Order, the parties will submit the next status report on Monday, January 5, 2026.

Dated:   November 28, 2025

/s/ Matthew Strugar
Matthew Strugar (D.C. Bar No. 1010198)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
323-696-2299
matthew@matthewstrugar.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Brian J. Levy
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6734

*Counsel for United States of America*

4