UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>      Defendant. | Civil Action No. 24-2773 (TNM) |

## JOINT STATUS REPORT

Plaintiff White Coat Waste Project and Defendant Department of Health and Human Services ("Department"), by and through the undersigned counsel, respectfully submit this joint status report pursuant to the Court's January 8, 2025, Minute Order.

1.    This case involves seventeen Freedom of Information Act ("FOIA") requests, which Plaintiff submitted to (1) the Department's Office of Inspector General ("OIG") (one request); (2) Centers for Disease Control ("CDC") (one request); and National Institutes of Health ("NIH") (fifteen requests).

2.    No. 22-00121-FOIA.  CDC completed its processing of the request and referred 13 pages of potentially responsive records to NIH for response to Plaintiff.  NIH has not completed its processing of the 13 pages.  As of February 24, 2026, the position of the request in NIH's review queue moved from 180 to 147 in the queue.

3.    No. 2024-00311-FOIA-OS.  OIG completed its processing of the request and released all responsive records (18 pages) in full.

4. No. 61006. NIH completed its search for responsive records and identified 612 pages of potentially responsive records. As of February 24, 2026, the position of the request in NIH's review queue moved from 446 to 397 in the queue.

5. No. 61147. NIH completed its search for responsive records and identified 71 pages of potentially responsive records. As of February 24, 2026, the position of the request in NIH's review queue moved from 463 to 408.

6. No. 61240. NIH completed its search for responsive records and identified 203 pages of potentially responsive records. As of February 24, 2026, the position of the request in NIH's review queue moved from 471 to 415.

7. No. 61272. NIH completed its search for responsive records and identified 201 pages of potentially responsive records. The position of the request in NIH's review queue as of February 24, 2026, moved from 474 to 418 in the queue.

8. No. 61335. NIH completed its search for responsive records and identified 191 pages of potentially responsive records. The position of the request in NIH's review queue as of February 24, 2026, moved from 480 to 424.

9. No. 61418, 2663 pages. NIH commenced its search for responsive records. As of February 24, 2026, the position of the request in NIH's review queue moved from 493 to 436 in the queue.

10. No. 61529, 18 pages. On September 30, 2024, NIH completed its processing of the request and released all responsive records in full.

11. No. 61530, 233 pages NIH completed its search for responsive records and identified 233 pages of potentially responsive records. As of February 24, 2026, the position of the request in NIH's review queue moved from 506 to 445 in the queue.

12. No. 61531. NIH did not identify any records responsive to this request. The request is a duplicate of request No. 60421, which is subject in *White Coat Waste Project v. Department of Health and Human Services*, Civ. A. No. 24-0103 (JEB) (D.D.C.).

13. No. 61546. NIH completed its search for responsive records and identified 376 pages of potentially responsive records. As of February 24, 2026, the position of the request in NIH's review queue moved from 508 to 447 in the queue.

14. No. 61612, 175 pages. On September 30, 2024, NIH completed its processing of the request and released all responsive records in full.

15. No. 61614, 225 pages. NIH completed its search for responsive records and identified 225 pages of potentially responsive records. As of February 24, 2026, the position of the request in NIH's review queue moved from 513 to 456 in the queue.

16. No. 61677, Excel spreadsheet. NIH has not started processing the request. As of February 24, 2026, the position of the request in NIH's review queue moved from 529 to 467 in the queue.

17. No. 61838, 248 pages. On February 24, 2026, NIH completed its processing of the request and released 248 pages (173 in full, 75 in part).

18. No. 61942. NIH completed its search for responsive records and identified 3454 pages of potentially responsive records. As of February 24, 2026, the position of the request in NIH's review queue moved from 564 to 498 in the queue.

19. Once the requests have moved further up in NIH's queue, NIH will provide Plaintiff an anticipated date for the first release. Once NIH begins processing, NIH plans to process an average of 300 potentially responsive pages every month.

20. Pursuant to the Court's January 8, 2025, Minute Order, the parties will submit the next status report on Wednesday, May 27, 2026.

| | |
|---|---|
| Dated:   February 27, 2026 | Respectfully submitted, |
| /s/ Matthew Strugar<br>Matthew Strugar (D.C. Bar No. 1010198)<br>Law Office of Matthew Strugar<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>323-696-2299<br>matthew@matthewstrugar.com<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>/s/ Brian J. Levy<br>BRIAN J. LEVY<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-6734<br><br>*Counsel for United States of America* |

4